UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

WNI 18-023609
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Chandra M. Arkema - 029552006
Krystin M. Kane - 171402015
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Jeffrey Rappaport - 003431991
ATTORNEYS FOR WELLS FARGO BANK, N.A.

IN RE:

CANDIA S. HAYNES A/K/A
CANDIA SKIPPER, DEBTOR

Order Filed on October 3, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

CASE NO.: 18-22934-SLM

HEARING DATE: AUGUST 22, 2018

JUDGE: HONORABLE STACEY L. MEISEL

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: October 3, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter being opened to the Court by Russell Low, Esquire, Attorney for the Debtor, upon fling of a Chapter 13 Plan, and Charles G. Wohlrab, Esquire, Attorney for Wells Fargo Bank, NA., hereinafter "Secured Creditor," upon the filing of a Notice of Objection to Confirmation of Plan, AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. Debtor is the mortgagor, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 25 Freedom Place, Jersey City, New Jersey 07305.

2. At the time of filing, Debtor owed Secured Creditor a pre-petition arrearage of $381.09; as evidenced in Secured Creditor's Proof of Claim No.: 4-1, filed July 16, 2018.

3. Debtor agrees to incorporate this amount, $381.09, into the Chapter 13 Plan to be distributed to Secured Creditor to cure the aforementioned default.

4. Debtor agrees to maintain all contractually due post-petition payments associated with this mortgage loan, which currently amount to $965.53.

5. Secured Creditor agrees this Order resolves the Objection to Confirmation of Plan filed on August 1, 2018 ECF Doc.:15.

6. This Consent Order is hereby incorporated into Debtor's Chapter 13 Plan

We hereby consent to the form, content, and entry of the within Order.

Shapiro & DeNardo, LLC

_Kristin M. Kane_
Kristin M. Kane, Esq.
Attorney for the Secured Creditor

Date: 9/24/2018

_signature_
Russell L Low, Esquire
Attorney for the Debtor

Date: 9/21/18