UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

WNI 18-023609
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Chandra M. Arkema - 029552006
Krystin M. Kane - 171402015
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Jeffrey Rappaport - 003431991
ATTORNEYS FOR WELLS FARGO BANK, N.A.

IN RE:

CANDIA S. HAYNES A/K/A
CANDIA SKIPPER, DEBTOR

Order Filed on October 3, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

CASE NO.: 18-22934-SLM

HEARING DATE: AUGUST 22, 2018

JUDGE: HONORABLE STACEY L. MEISEL

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: October 3, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter being opened to the Court by Russell Low, Esquire, Attorney for the Debtor, upon fling of a Chapter 13 Plan, and Charles G. Wohlrab, Esquire, Attorney for Wells Fargo Bank, NA., hereinafter "Secured Creditor," upon the filing of a Notice of Objection to Confirmation of Plan, AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. Debtor is the mortgagor, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 25 Freedom Place, Jersey City, New Jersey 07305.

2. At the time of filing, Debtor owed Secured Creditor a pre-petition arrearage of $381.09; as evidenced in Secured Creditor's Proof of Claim No.: 4-1, filed July 16, 2018.

3. Debtor agrees to incorporate this amount, $381.09, into the Chapter 13 Plan to be distributed to Secured Creditor to cure the aforementioned default.

4. Debtor agrees to maintain all contractually due post-petition payments associated with this mortgage loan, which currently amount to $965.53.

5. Secured Creditor agrees this Order resolves the Objection to Confirmation of Plan filed on August 1, 2018 ECF Doc.:15.

6. This Consent Order is hereby incorporated into Debtor's Chapter 13 Plan

We hereby consent to the form, content, and entry of the within Order.

Shapiro & DeNardo, LLC

_[signature]_
Krystin M. Kane, Esq.
Attorney for the Secured Creditor

Date: 9/24/2018

_[signature]_
Russell L Low, Esquire
Attorney for the Debtor

Date: 9/21/18

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 18-22934-SLM
Candia S. Haynes                                                  Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Oct 04, 2018
                            Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2018.
db             +Candia S. Haynes,    25 Freedom Place,    Jersey City, NJ 07305-4101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2018 at the address(es) listed below:
          Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          Krystin Miranda Kane    on behalf of Creditor    WELLS FARGO BANK, N.A. kralex@logs.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
          Russell L. Low    on behalf of Debtor Candia S. Haynes rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6