Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 18−22934−SLM
> Chapter: 13
> Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Candia S. Haynes
   aka Candia Skipper
   25 Freedom Place
   Jersey City, NJ 07305

Social Security No.:
   xxx−xx−2188

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 1/8/20 at 10:00 AM

to consider and act upon the following:

*46* − Application for Compensation for Russell L. Low, attorney, period: to, fee: $800.00, expenses: $0.00. Filed by Russell L. Low. Objection deadline is 12/12/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) (Low, Russell)

*47* − Limited Objection to Debtor(s) Attorney's Application for Compensation (related document:46 Application for Compensation for Russell L. Low, attorney, period: to, fee: $800.00, expenses: $0.00. Filed by Russell L. Low. Objection deadline is 12/12/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Debtor Candia S. Haynes) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 12/11/19

> Jeanne Naughton
> Clerk, U.S. Bankruptcy Court