RUSSELL LOW, ESQ. RLL-4745
LOW & LOW, LLC.
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorney for Debtor

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Candia S. Haynes | : | CASE NO. 18-22934 |
| Debtor | : | HONORABLE STACEY L. MEISEL |
| | : | June 24, 2020 at 10:00 a.m. |

---

**ATTORNEY'S RESPONSE TO A NOTICE OF MOTION TO DISMISS PETITION**

---

I, Russell L. Low, hereby certify the following:

1. I represent the debtor Candia S. Haynes, in this bankruptcy proceeding.

2. On the Chapter 13 Standing Trustee entered a Notice of Motion to Dismiss Petition because of a delinquency of $761.07.

3. I was not able to reach the debtor in time to file an opposition.

4. On behalf of the debtor, I am respectfully requesting the opportunity for additional time to contact the debtor in efforts to resolve this matter.


Date:  June 17, 2020                                    /s/Russell L. Low
                                                        **RUSSELL L. LOW, ESQ.**
                                                        Attorney for Debtor