**RUSSELL LOW, ESQ. RLL-4745**
**LOW & LOW, LLC.**
**Attorneys at Law**
**505 Main Street**
**Hackensack, NJ 07601**
**(201) 343-4040**
**Attorney for Debtor**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Candia S. Haynes | : | CASE NO. 18-22934 |
| Debtor | : | HONORABLE STACEY L. MEISEL |

---

### ATTORNEY'S RESPONSE TO CERTIFICATION IN SUPPORT OF DEFAULT

---

I, Russell L. Low, Esq. hereby certify the following:

1. I, Russell L. Low, Esq. represent the debtors Candia S. Haynes in this bankruptcy proceeding.

2. A Certification in Support of Default was filed by the Chapter 13 Standing Trustee.

3. The debtor is currently behind $683.11.

4. My legal staff contacted the debtor and did not hear back from her in time to file an opposition.

5. Therefore, more time is needed to address their arrears.

I hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge.

Date:   October 8, 2021                              /s/ Russell L. Low
                                                     **Russell L. Low, Esq.**
                                                     Attorney for Debtor