**RUSSELL LOW, ESQ. RLL-4745**
**LOW & LOW, LLC.**
**Attorneys at Law**
**505 Main Street**
**Hackensack, NJ 07601**
**(201) 343-4040**
**Attorney for Debtor**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Candia S. Haynes | : | CASE NO. 18-22934 |
| Debtor | : | HONORABLE STACEY L. MEISEL |

**ATTORNEY'S RESPONSE TO CHAPTER 13 TRUSTEE'S CERTIFICATION OF DEFAULT**

I, Russell L. Low, Esq. hereby certify the following:

1. I, Russell L. Low, Esq. represent the debtor, Candia S. Haynes in this bankruptcy proceeding.
2. On July 24, 2023 a Certification of Default was entered by the Chapter 13 trustee.
3. My staff was not able to reach the debtor to review the certification of default, however I am respectfully requesting to file this response instead of an opposition.
4. Furthermore, I will submit a balance to complete form and contact the debtor prior to the hearing.

I hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge.

Date:  August 7, 2023                               /s/ Russell L. Low
                                                    **Russell L. Low, Esq.**
                                                    Attorney for the Debtor